UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Garlesky,

Plaintiffs,

v.

Via Transportation, Inc. et al.,

Defendants.

26-CV-4870 (DEH)

**ORDER REGARDING
NOTICE TO
PURPORTED PLAINTIFF
CLASS MEMBERS**

DALE E. HO, United States District Judge:

On June 9, 2026, Plaintiff Stephan Garlesky filed a putative class action "on behalf of a class consisting of all persons and entities that purchased, or otherwise acquired, Via's common stock issued in connection with the Company's IPO." Dkt. No. 1. ("Compl."), ¶ 71. The Complaint alleges violations of Sections 11, 12, and 15 of the Securities Act of 1933 ("Securities Act").

Section 77z-1(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i)., requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 77z-1(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than July 8, 2026**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: June 10, 2026
New York, New York

_____
DALE E. HO
United States District Judge